# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 392 MAL 2015

                Respondent         :

                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court

                v.             :

MATTHEW A. ZALEDZIESKI,      :

                Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.